<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7012**

_____

DWAYNE CURTIS DELESTON, a/k/a Dwayne Deleston,

      Plaintiff - Appellant,

    v.

UNITED STATES DEPARTMENT OF JUSTICE; JACKSON SETH WHIPPER;
MILLER WILLIAMS SHEALY, JR.; UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF SOUTH CAROLINA,

      Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, Chief District
Judge.  (6:10-cv-00444-DCN)

_____

Submitted:  October 18, 2011      Decided:  October 21, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dwayne Curtis Deleston, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Curtis Deleston appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2006) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Deleston v. United States Dep't of Justice, No. 6:10-cv-00444-DCN (D.S.C. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED